

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00434-CV

**IN RE PRONTO GENERAL AGENCY, LTD**.

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01852
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Red McCombs Ford has filed a motion for extension of time to file a response to the petition for writ of mandamus filed by Pronto General Agency, Ltd. The motion is GRANTED. Red McCombs Ford's response is due October 14, 2020.

It is so **ORDERED** September 23, 2020.

**PER CURIAM**

ATTESTED TO: _____
　　　　　　　　MICHAEL A. CRUZ,
　　　　　　　　CLERK OF COURT